IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| *In re* Certificate of Material Witness to Non-Party Lindsey O. Graham in his official capacity as United States Senator,<br><br>in the matter of:<br><br>Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. _____:22-mc- |

**Declaration of Service**

    I, the undersigned paralegal for the law firm of Nelson Mullins Riley & Scarborough LLP, counsel for Non-party Lindsey O. Graham in his official capacity as United States Senator, declare under penalty of perjury that a copy of the documents set forth below have been served on those identified below by as follows:

| | |
|---|---|
| Document(s): | Notice of Removal with Exhibits 1–3<br>Civil Action Coversheet<br>Expedited Motion to Quash with Exhibits 1–2 |
| Individual(s) Served: | <u>Via USPS</u><br>The Honorable Fani T. Willis<br>Fulton County District Attorney's Office<br>136 Pryor Street SW, 3rd Floor<br>Atlanta, GA 30303<br><br><u>Via USPS</u><br>Tenth Judicial Circuit Court of General Sessions<br>The Honorable Melissa C. Burton<br>PO Box 678<br>Walhalla, SC 29691-0678<br><br><u>Via USPS</u><br>Tenth Judicial Circuit Court of General Sessions<br>The Honorable Richard A. Shirley<br>PO Box 8002<br>Anderson, SC 29622-8002 |

July 12, 2022                                                                 Grace Hamill