IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| *In re* Certificate of Material Witness to Non-Party Lindsey O. Graham in his official capacity as United States Senator,<br><br>in the matter of:<br><br>Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. 8:22-mc-00433-HMH |

### Declaration of Service

I, the undersigned partner for the law firm of Nelson Mullins Riley & Scarborough LLP, counsel for Non-party Lindsey O. Graham in his official capacity as United States Senator, declare under penalty of perjury that a copy of the documents set forth below have been served on those identified below by as follows:

Document(s):   Expedited Motion to Quash (ECF No. 1)
Text Order and Hearing Notice (ECF No. 4)
Text Order (ECF No. 5)

Individual(s) Served:   <u>Hand-Delivered</u>
The Honorable Fani T. Willis
Fulton County District Attorney's Office
136 Pryor Street SW, 3rd Floor
Atlanta, GA 30303

<u>Via Email and Secure File Transfer (July 13, 2022)</u>
The Honorable Fani T. Willis
fani.willisda@fultoncountyga.gov

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
E. Bart Daniel, Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
151 Meeting Street / Sixth Floor
Charleston, SC 29401-2239
(843) 853-5200

*Attorney for Senator Lindsey O. Graham*

Charleston, South Carolina
July 14, 2022