IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

*In re* Lindsey Graham,

in the matter of:                                                              Case No. 8-22-mc-433-DCN

Special Purpose Grand Jury, Fulton County
Superior Court Case No. 2022-EX-000024

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Christopher W. Adams, a member in good standing of this district, hereby moves to enter this appearance on behalf of Fulton County District Attorney Fani T. Willis, acting in her capacity as the legal advisor to the Fulton County Special Purpose Grand Jury and for the Special Purpose Grand Jury, Fulton County.

Further, it is hereby certified that on this date this document was electronically filed with the Clerk of Court using the ECF system that will notify the parties of record of this filing.

RESPECTFULLY SUBMITTED.

s/ *Christopher W. Adams*
CHRISTOPHER W. ADAMS
S.C. Fed. Bar # 10595
171 Church Street
Suite 360
Charleston, SC 29401
Tel. 843.200.0090
Fax 877.883.9114
Email: adams.c@me.com

DATE: July 18, 2022