IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| *In re:* Lindsey Graham ) | Case Number: 8-22-mc-433-DCN |
| ) | |
| In the Matter of: ) | |
| ) | |
| Special Purpose Grand Jury, Fulton County ) | **NOTICE OF APPEARANCE** |
| Superior Court Case No. 2022-EX-000024 ) | |
| ) | |
| _____) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Andrew J. Savage, III, a member in good standing of this District, hereby moves to enter his appearance on behalf of Fulton County District Attorney Fani T. Willis, acting in her capacity as the legal advisor to the Fulton County Special Purpose Grand Jury, and for the Special Purpose Grand Jury, Fulton County.

Further, it is hereby certified on this date that this document was electronically filed with the Clerk of Court using the ECF system that will notify the parties of record of this filing.

          Respectfully submitted,

          SAVAGE LAW FIRM
          15 Prioleau Street
          Charleston, SC  29401
          Telephone:  (843) 720-7470

BY:   *Andrew J. Savage, III*
          ANDREW J. SAVAGE, III
          Federal ID Number:  3734
          Email: andy@savlaw.com

Charleston, South Carolina

July 18, 2022