IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| *In re* Circuit Court Order to Appear to Non-Party Lindsey O. Graham in his official capacity as United States Senator, <br><br> in the matter of: <br><br> Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. 8:22-mc-00433-DCN |

### Stipulation

Fulton County District Attorney District Attorney Fani T. Willis, acting in her capacity as the legal advisor to the Fulton County Special Purpose Grand Jury, and Senator Lindsey Graham have reached an agreement to withdraw all process and proceedings pending in the United States District Court for the District of South Carolina (8:22-mc-00433-DCN) and the United States District Court for the District of Columbia (1:22-mc-00068), stipulating to the dismissal of any proceedings pending within the geographic scope of those jurisdictions, whether in state or federal court. Senator Graham has agreed to accept service of a subpoena for testimony from the Fulton County Special Purpose Grand Jury in Atlanta, Georgia, without waiving any challenges or any applicable privilege and/or immunity. The parties agree that any such challenges to the subpoena will be pursued in Fulton County Superior Court and/or the United States District Court for the Northern District of Georgia.

**[Signatures on following page.]**

**WE SO STIPULATE:**

        ADAMS BISCHOFF LLC

        By: */s/ Christopher W. Adams*
            Christopher W. Adams, Federal Bar No. 10595
            E-Mail: chris@adamsbischoff.com
            171 Church Street, Suite 360
            Charleston, SC 29401
            (803) 200-0090

*Attorneys for Fulton County District Attorney District Attorney Fani T. Willis, acting in her capacity as the legal advisor to the Fulton County Special Purpose Grand Jury*

Charleston, South Carolina
July 19, 2022

**WE SO STIPULATE:**

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: */s/ E. Bart Daniel*
            E. Bart Daniel, Federal Bar No. 403
            E-Mail: bart.daniel@nelsonmullins.com
            Matt Austin, Federal Bar No. 11435
            E-Mail: matt.austin@nelsonmullins.com
            151 Meeting Street / Sixth Floor
            Post Office Box 1806 (29402-1806)
            Charleston, SC  29401-2239
            (843) 853-5200

            Matthew A. Abee, Federal Bar No. 11747
            E-Mail: matt.abee@nelsonmullins.com
            1320 Main Street / 17th Floor
            Post Office Box 11070 (29211-1070)
            Columbia, SC  29201
            (803) 799-2000

*Attorneys for Senator Lindsey O. Graham*

Charleston, South Carolina
July 19, 2022